IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 00-50412
Summary Calendar
_____

DON WRIGHT,

Plaintiff-Appellant,

versus

KENNETH S. APFEL, COMMISSIONER OF SOCIAL SECURITY,

Defendant-Appellee.

--------------------
Appeal from the United States District Court
for the Western District of Texas
USDC No. A-99-CV-310-SS
--------------------
January 8, 2001

Before SMITH, BENAVIDES, and DENNIS, Circuit Judges.

PER CURIAM:[*]

Don Wright appeals the district court's judgment affirming the Social Security Commissioner's decision to deny him disability benefits.  He argues that the ALJ erred in determining that his post traumatic stress disorder was not a severe impairment and that he retained the residual functional capacity to work.

Wright has not demonstrated any error in the Commissioner's decision.  Substantial evidence supports the determination that alcoholism was not a material contributing factor and that Wright was not disabled.  See Brown v. Apfel, 192 F.3d 492, 496 (5th Cir.

_____

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

1999); <u>Bowling v. Shalala</u>, 36 F.3d 431, 434 (5th Cir. 1994); <u>Moore v. Sullivan</u>, 919 F.2d 901, 905 (5th Cir. 1990).  Accordingly, the district court's judgment is AFFIRMED.